# United States Court of Appeals
## For the First Circuit

No. 15-1009

ORIENTAL FINANCIAL GROUP, INC., ORIENTAL FINANCIAL SERVICES CORP., ORIENTAL BANK AND TRUST,

Plaintiffs, Appellants,

v.

COOPERATIVA DE AHORRO Y CRÉDITO ORIENTAL,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on August 3, 2016, is amended as follows:

On the coversheet, replace "Roberto C. Quiñones-Rivera, with whom Leslie Yvette Flores and McConnell Valdés LLC were on brief, for appellants." with "Leslie Yvette Flores-Rodriguez, with whom Roberto C. Quiñones-Rivera and McConnell Valdés LLC were on brief, for appellants."